UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:11-cr-00056-LRH-VPC |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | January 13, 2012 |
| WILLIAM JORDAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the Court is Defendant's motion to modify sentence (Doc. #34), and the Government's response (Doc. #35).  Credit for time served against a federal sentence is governed by 18 U.S.C. § 3585(b).  A district court lacks the authority to make an initial determination of time served, which must be made in the first instance by the Attorney General, acting through the Bureau of Prisons.  *United States v. Wilson*, 503 U.S. 329, 334-35 (1992); *United States v. Peters*, 470 F.3d 907, 909 (9th Cir. 2006).  Judicial review may be sought only after exhaustion of administrative remedies.  Here, there is no indication that Defendant has requested review by the Bureau of Prisons or exhausted all his administrative remedies.

IT IS THEREFORE ORDERED that Defendant's motion to modify sentence (Doc. #34) is DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
Deputy Clerk